GEOFFREY HANSEN
Acting Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MITCHELL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-951 EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME |
| v. | |
| JERRY MITCHELL, | Current Date: April 4, 2012, at 2:30 p.m. |
| Defendant. | Proposed Date: May 9, 2012, at 2:30 p.m. |

The defendant and the government respectfully request that the Court continue the hearing in this matter, currently scheduled for April 4, 2012, to May 9, 2012, and exclude time in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under subsection (B)(iv) for effective preparation of counsel, taking into account the exercise of due diligence.

The parties appeared in court for a status conference on February 29, at which point they represented that the gun recovered in this case needed to be tested for DNA. The parties agreed to come back on April 4 and time was excluded for effective preparation of counsel. Both parties worked diligently to get DNA samples to the lab in a timely manner, but as of the date of this filing, the results from the DNA lab have not yet been returned. The result of the DNA analysis

is a crucial piece of information that is necessary before Mr. Mitchell can make a decision as to how to proceed. Mr. Mitchell is out of custody and has been in compliance with all his conditions of release. This is the first continuance the parties have requested. For these reasons, the parties are requesting that the Court vacate the current hearing date of April 4 and reschedule a status hearing for May 9, and the parties further request that time be excluded from the Speedy Trial Act through May 9 on the basis of effective preparation of counsel.

SO STIPULATED.

DATED:   4/3/12                           /s/
                                          _____
                                          RITA BOSWORTH
                                          Assistant Federal Public Defender


DATED:   4/3/12                           /s/
                                          _____
                                          RANDY LUSKEY
                                          Assistant United States Attorney

SO ORDERED.

_____
     DATE

HON.
United ...
Judge Edward M. Chen

IT IS SO ORDERED

Stipulation and [Proposed] Order; *U.S. v. Mitchell*, 11-951 EMC                    2