MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:     (415) 436-7200
    Facsimile:      (415) 436-7234
    randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 11-00951 EMC |
|     Plaintiff, ) | STIPULATION AND [~~PROP~~OSED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. ) | |
| JERRY MITCHELL, ) | |
|     Defendant. ) | |

    On February 29, 2012, the parties in this case appeared before the Honorable Edward M. Chen for a status conference.  At that time, the parties represented that they were planning to submit the firearm in this case for DNA testing and that they would need additional time to review and process the results of that testing.  The parties jointly stipulated that time should be excluded from February 29, 2012 to April 4, 2012, for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-00951 EMC                              1

1   The parties also agreed that the ends of justice served by granting such a continuance
2   outweighed the best interests of the public and the defendants in a speedy trial.  <u>See</u> 18 U.S.C. §
3   3161(h)(7)(A).

4

5   IT IS SO STIPULATED:
                                            MELINDA HAAG
6                                           United States Attorney

7   DATED:  May 9, 2012              _____/s/_____
                                            RANDY LUSKEY
8                                           Assistant United States Attorney

9

10  DATED: May 9, 2012               _____/s/_____
                                            WILLIAM L. OSTERHOUDT
11                                          Attorney for Jerry Mitchell

12

13

14
    IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from February
15
    29, 2012 to April 4, 2012, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).
16

17

18
    IT IS SO ORDERED.
19

20  DATED:_____5/10/12_____       _____
21                                          [Judge Edward M. Chen]
                                            United States District Judge
22

23

24

25

26

27

28

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-00951 EMC                             2