MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

RANDY LUSKEY (CABN 240915)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102
    Telephone:    (415) 436-7200
    Facsimile:    (415) 436-7234
    randall.luskey@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-00951 EMC |
| Plaintiff, | STIPULATION AND [PR~~OPOS~~ED] ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| JERRY MITCHELL, | |
| Defendant. | |

On May 30, 2012, the parties in this case appeared before the Honorable Edward M. Chen for a status conference. At that time, the parties represented that the defense has recently engaged a DNA expert who had just begun his review and analysis of the DNA evidence in the case. The parties jointly requested a three week extension of time and stipulated that time should be excluded from May 30, 2012 to June 20, 2012, for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-00951 EMC                        1

1     The parties also agreed that the ends of justice served by granting such a continuance
2 outweighed the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. §
3 3161(h)(7)(A).

5 IT IS SO STIPULATED:
                                            MELINDA HAAG
6                                           United States Attorney

7 DATED: July 16, 2012                      _____/s/_____
                                            RANDY LUSKEY
8                                           Assistant United States Attorney

10 DATED: July 16, 2012                     _____/s/_____
                                            WILLIAM L. OSTERHOUDT
11                                          Attorney for Jerry Mitchell

14
      IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from May 30,
15 2012 to June 20, 2012, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

18 IT IS SO ORDERED.
19
20         7/16/12
   DATED:_____
21                                          _____
                                            THE HONORABLE EDWARD M. CHEN
22                                          United States District Judge

*IT IS SO ORDERED* — Judge Edward M. Chen

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-00951 EMC                              2