```
 1  MELINDA HAAG (CABN 132612)
    United States Attorney
 2
    MIRANDA KANE (CABN 150630)
 3  Chief, Criminal Division

 4  RANDY LUSKEY (CABN 240915)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, California  94102
       Telephone:    (415) 436-7200
 7     Facsimile:    (415) 436-7234
       randall.luskey@usdoj.gov
 8
    Attorneys for the United States of America
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CR 11-00951 EMC |
|---|---|
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| JERRY MITCHELL, | ) |
| Defendant. | ) |

On June 20, 2012, the parties in this case appeared before the Honorable Edward M. Chen for a status conference.  At that time, the parties represented that the defendant's DNA expert had recently requested and the government had produced the underlying charts, photographs and other materials relating to the DNA testing performed in the case.  The defendant's DNA expert needed additional time to review the additional materials to reach scientific conclusions. Accordingly, the parties jointly requested a four week extension of time and stipulated that time should be excluded from June 20, 2012 to July 18, 2012, for effective preparation of defense counsel. The parties represented that granting the continuance was for the reasonable time necessary for effective preparation of defense counsel, taking into account the exercise of due

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-00951 EMC                                      1

1  diligence.  See 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

2      The parties also agreed that the ends of justice served by granting such a continuance
3  outweighed the best interests of the public and the defendants in a speedy trial.  See 18 U.S.C. §
4  3161(h)(7)(A).

6  IT IS SO STIPULATED:

          MELINDA HAAG
7           United States Attorney

8  DATED: July 16, 2012           _____/s/_____
          RANDY LUSKEY
9           Assistant United States Attorney

11  DATED: July 16, 2012           _____/s/_____
          WILLIAM L. OSTERHOUDT
12           Attorney for Jerry Mitchell

16      IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act from June 20,
17  2012 to July 18, 2012, under 18 U.S.C. § 3161(B)(iv) and 18 U.S.C. § 3161(h)(7)(A).

20  IT IS SO ORDERED.

21  DATED: July 16, 2012

*[Signature and seal: IT IS SO ORDERED, Judge Edward M. Chen, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*

STIP. & [PROP.] ORDER EXCL. TIME
CR 11-00951 EMC           2