```
1  ERIN M. CRANE
   Attorney at Law (CSBN 145661)
2  819 Eddy Street
   San Francisco, California  94109
3  Tel:  (415) 412-8728
   Erincrane@sbcglobal.net
4

5  Attorney for Defendant
   JERRY MITCHELL
6
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

--o0o--

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 18 CR 00013 EMC and |
| Plaintiff, ) | 11 CR 951-1 |
| ) | **STIPULATION AND** |
| ) | **~~[PROPOSED]~~ ORDER** |
| vs. ) | |
| JERRY MITCHELL, ) | |
| Defendant. ) | |

JERRY MITCHELL, by and through his counsel, Erin Crane, and Assistant United States Attorney Neal Huong, hereby stipulate that defendant's sentencing hearing be continued from November 5, 2018 to January 9, 2019, at 10:30 a.m for the purpose of giving the independent mental health examiner appointed to this case on October 23, 2018 be given additional time to complete her evaluation.

IT IS SO STIPULATED.

DATED: November 2, 2018           /s/_____
                                  Erin Crane
                                  Attorney for Defendant
                                  Jerry Mitchell

**STIPULATION AND ~~[proposed]~~ ORDER**

DATED: November 2, 2018        /s/
                               ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                               Neal Huong
                               Assistant United States Attorney

IT IS SO ORDERED:

November 2, 2018
                               ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                               HON. EDWARD M. CHEN
                               United States District Court Judge